THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Anthony M. Lounds,       
Appellant.
 
 
 

Appeal From Greenville County
C. Victor Pyle, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-408
Submitted April 18, 2003 - Filed June 
 18, 2003

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, of Columbia; for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. 
 McIntosh, Assistant Deputy Attorney General Charles H. Richardson, of Columbia; 
 Robert M. Ariail, of Greenville; for Respondent.
 
 
 

PER CURIAM:  Appellant Anthony M. Lounds 
 was indicted for armed robbery and kidnapping.  The jury found him not guilty 
 of armed robbery but guilty of kidnapping.  As Lounds had a prior conviction 
 for a most serious offense, the trial court sentenced him to life imprisonment 
 without the possibility of parole as provided by S.C. Code Ann. § 17-25-45 (2003).  
 Counsel for Lounds attached to the final brief a petition to be relieved as 
 counsel.  Lounds filed a pro se response.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Lounds appeal and 
 grant counsels petition to be relieved.
APPEAL DISMISSED.
CURETON, ANDERSON, and HUFF, JJ., concur.